**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Make The Road New York, et al.,

v.   **Case No:** 25-05320

Kristi Noem, et al.

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ● Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Make The Road New York

Mary

John, Son to Mary

### Counsel Information

Lead Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

2nd Counsel:

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel: Lucia Goin

Direct Phone: (530) 400-0205  Fax: (332) 220-1702  Email: lgoin@aclu.org

Firm Name: American Civil Liberties Union Foundation, Immigrants' Rights Project

Firm Address: 915 15th Street, NW, 7th Floor, Washington DC 20005

Firm Phone: (212) 549-2660  Fax: (___) ___-____  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)