# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-5320** | **September Term, 2025** |
| | 1:25-cv-00190-JMC |
| | **Filed On: December 1, 2025** [2147969] |

Make The Road New York, et al.,

　　　　Appellees

　　v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

　　　　Appellants

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 9, 2025, at 9:30 A.M.:

　　　　Appellants　　-　　10 Minutes

　　　　Appellees　　-　　10 Minutes

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Wilkins, Rao, and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 3, 2025.

### Per Curiam

　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　BY:　　/s/
　　　　　　　　　　　　Michael C. McGrail
　　　　　　　　　　　　Deputy Clerk

The following forms and notices are available on the Court's [website:](website:)

[Notification to the Court from Attorney Intending to Present Argument (Form 72)](Notification to the Court from Attorney Intending to Present Argument (Form 72))