

**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave, NW
Washington, D.C. 20530

Tel: (202) 514-2331

December 23, 2025

Clifton Cislak
Office of the Clerk
District of Columbia Circuit Court of Appeals
E. Barrett Prettyman U.S. Courthouse and
William B. Bryant Annex
333 Constitution Ave. NW
Washington, DC 20001

    Re:   *Make the Road v. Kristi Noem, et al.*, No. 25-5320, Letter

Dear Clerk of the Court:

    On December 9, 2025, this Court held argument on Appellants' merits briefing seeking reversal of the district court's 5 U.S.C. § 705 stay. At argument, the panel asked undersigned about Appellee's argument in their brief that the 2025 Guidance implementing expedited removal procedures "is insufficient" in part because "it is directed only to ICE, whereas Border Patrol [agents]—who are also authorized to apply expedited removal—are currently engaged in aggressive immigration enforcement operations around the country." Appellee Br. 30.

    Appellants write to inform the Court that when the Government implemented the 2025 Designation, U.S. Border Patrol received guidance substantially similar to the February 2025 ICE Guidance. In fact, U.S. Border Patrol received the same guidance it used the last time expedited removal was expanded to its statutory limit in 2019. Please find the Guidance, and the relevant correspondence disseminating the same, attached as Exhibit A.

1

Sincerely,

BRETT A. SHUMATE
*Assistant Attorney General*

DREW C. ENSIGN
*Deputy Assistant Attorney General*

TYLER J. BECKER
*Counsel to the Assistant Attorney General*

CAROLINE McGUIRE
*Senior Litigation Counsel*

JOSEPH A. McCARTER
ELISSA P. FUDIM
*Trial Attorneys*

/s/ *Drew C. Ensign*
Drew C. Ensign
Deputy Assistant Attorney General
U.S. Department of Justice,
Civil Division
950 Pennsylvania Avenue, NW
Washington, DC 20530
(202) 514-2000
*Attorneys for Appellants*

cc: All Counsel of Record
    (via ECF)

2

## CERTIFICATES OF SERVICE AND COMPLIANCE

I hereby certify that the body of this letter is 151 words, and therefore complies with the word limitations of Federal Rule of Appellate Procedure 28(j).

I hereby certify that on December 23, 2025, I electronically filed the foregoing letter with the Clerk of the Court by using the appellate CM/ECF system. Counsel of record are registered CM/ECF users.

Dated: December 23, 2025      /s/ *Drew C. Ensign*
                              DREW C. ENSIGN
                              Deputy Assistant Attorney General
                              *Attorney for Respondents-Appellants*