# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Make The Road New York, et al

**v.**
Markwayne Mullin, et al

**Case No:** 25-05320

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ◉ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Make The Road New York

Mary

John, Son to Mary

### Counsel Information

Lead Counsel:

Direct Phone: (____) ____-____ Fax: (____) ____-____ Email:

2nd Counsel:

Direct Phone: (____) ____-____ Fax: (____) ____-____ Email:

3rd Counsel: Sidra Mahfooz

Direct Phone: ( 646 ) 885-8420 Fax: (____) ____-____ Email: smahfooz@aclu.org

Firm Name: American Civil Liberties Union Foundation, Immigrants' Rights Project

Firm Address: 125 Broad Street, 18th Floor, New York, NY 10004

Firm Phone: ( 212 ) 549-2660 Fax: (____) ____-____ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)