# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5320**                                        **September Term, 2025**

**1:25-cv-00190-JMC**

**Filed On:** July 17, 2026

Make The Road New York, et al.,

      Appellees

   v.

Markwayne Mullin, Secretary of the U.S.
Department of Homeland Security, in his
official capacity, et al.,

      Appellants

**BEFORE:**    Wilkins, Rao, and Walker, Circuit Judges

### O R D E R

Upon consideration of the third application for a stay, or in the alternative, for expedited issuance of the mandate; the response thereto; and the reply, it is

**ORDERED** that the application for a stay be granted. The 5 U.S.C. § 705 stay issued by the district court on August 29, 2025, is stayed in its entirety pending issuance of the mandate. The request for expedited issuance of the mandate is denied.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
     Daniel J. Reidy
     Deputy Clerk