# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5320**            **September Term, 2025**

1:25-cv-00190-JMC

**Filed On:** September 9, 2025

Make The Road New York, et al.,

    Appellees

  v.

Kristi Noem, Secretary of the U.S.
Department of Homeland Security, in her
official capacity, et al.,

    Appellants

    **BEFORE:**    Millett, Rao*, and Childs, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for an administrative stay and a stay pending appeal, it is

**ORDERED**, on the court's own motion, that appellees file a response to the emergency motion by 5:00 p.m. on Monday, September 15, 2025, and that appellants file any reply by 5:00 p.m. on Wednesday, September 17, 2025. Appellants' request for an administrative stay remains pending.

**Per Curiam**

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                    BY:    /s/
                              Amy Yacisin
                              Deputy Clerk

* Circuit Judge Rao would grant an immediate administrative stay.