# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5320**                                             **September Term, 2025**

                                                                             **1:25-cv-00190-JMC**

                                           **Filed On:** September 22, 2025

Make The Road New York, et al.,

      Appellees

      v.

Kristi Noem, Secretary of the U.S.
Department of Homeland Security, in her
official capacity, et al.,

      Appellants

### O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on Monday, October 6, 2025, at 2:00 p.m. before Circuit Judges Millett, Rao, and Childs.  It is

**FURTHER ORDERED** that the following times be allotted for oral argument:

        Appellants      -      20 Minutes

        Appellees      -      20 Minutes

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 24, 2025.

### Per Curiam

                                          **FOR THE COURT:**
                                          Clifton B. Cislak, Clerk

                        BY:    /s/
                                          Michael C. McGrail
                                          Deputy Clerk

The following forms and notices are available on the Court's [website](#):

[Notification to the Court of the Attorney Intending to Present Argument (Form 72)](#)