# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Make The Road New York, et al.,

v.

Kristi Noem, et al.

**Case No:** 25-05320

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☉ Pro Bono  ☐ Appointed (CJA/FPD)  ☐ Gov't counsel

for the ☐ Appellant(s)/Petitioner(s)  ☉ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Make The Road New York

Mary

John, Son to Mary

### Counsel Information

Lead Counsel:

Direct Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email:

2nd Counsel: Morgan Russell

Direct Phone: ( 415 ) 343-0776   Fax: ( 332 ) 220-1702   Email: mrussell@aclu.org

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email:

Firm Name: American Civil Liberties Union Foundation, Immigrants' Rights Project

Firm Address: 425 California Street, Suite 700

Firm Phone: ( 415 ) 343-0770   Fax: ( ___ ) ___ - ___   Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)