Merits Oral Argument Not Yet Scheduled
Argument on Motion for Stay Pending Appeal Held Oct. 6, 2025

**No. 25-5320**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

MAKE THE ROAD NEW YORK, *et al.*,

*Plaintiffs-Appellees*,

v.

KRISTI NOEM, *et al.*,

*Defendants-Appellants.*

Appeal from the United States District Court for the District of Columbia
Case No. 1:25-cv-190 (Hon. Jia M. Cobb)

**PLAINTIFFS-APPELLEES' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES WITH RULE 26.1 DISCLOSURE STATEMENT**

Plaintiffs-Appellees certify as follows:

**A. Parties and Amici**

The parties and amici are listed in Defendants-Appellants' Emergency Motion for a Stay Pending Appeal filed on September 9, 2025.

**B. Ruling Under Review**

The rulings under review are identified in, and attached to, Defendants-Appellants' Emergency Motion for a Stay Pending Appeal filed on September 9, 2025.

**C. Related Cases**

This case has not previously been before this Court or any other court other than the district court below. A prior expansion of expedited removal similar to that at issue here was before this Court in *Make the Road New York v. Wolf*, D.C. Cir. No. 19-5298. A separate appeal currently pending before this Court presents similar or overlapping threshold issues: *Coalition for Humane Immigrant Rights v. Noem*, D.C. Cir. No. 25-5289.

**D. Rule 26.1 Disclosure Statement**

Plaintiffs-Appellee Make the Road New York is a not-for-profit corporation operating in the State of New York. It is a membership-based community organization that builds the power of immigrant and working class communities to achieve dignity and justice. It has no parent corporation, no stock, and no publicly held company owns 10% or more of the organization.

Plaintiffs Mary and John are individual noncitizens.

Dated: October 6, 2025

Respectfully Submitted,

*/s/ Anand Balakrishnan*
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
abalakrishnan@aclu.org

*Counsel for Plaintiffs-Appellees*

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2025, I electronically filed the foregoing document with the Clerk for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. A true and correct copy has been served via the Court's CM/ECF system on all counsel of record.

/s/ *Anand Balakrishnan*
Anand Balakrishnan