# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5320** **September Term, 2025**

**1:25-cv-00190-JMC**

**Filed On: December 1, 2025** [2147969]

Make The Road New York, et al.,

Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for December 9, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 10 Minutes |
| Appellees | - | 10 Minutes |

One counsel per side to argue. The panel considering this case will consist of Circuit Judges Wilkins, Rao, and Walker.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 3, 2025.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)