# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Make the Road New York, et al.

**v.**

Kristi Noem, et al.

**Case No:** 25-5320

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

See attached list

### Counsel Information

Lead Counsel: Vilma Palma-Solana

Direct Phone: ( 213 ) 269-6385  Fax: ( 916 ) 731-2123  Email: vilma.solana@doj.ca.gov

2nd Counsel:

Direct Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

Firm Name:

Firm Address:

Firm Phone: ( ___ ) ___ - ___  Fax: ( ___ ) ___ - ___  Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Party Information**

The States of California, Arizona, Colorado, Connecticut, Delaware, Hawai'i, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Jersey, New Mexico, New York, Oregon, Vermont, Washington, and the District Of Columbia