# EXHIBIT A

Q: Why did you leave your home country or country of last residence?

A.

Q. Do you have any question or is there anything else you would like to add?

A.

I have read (or have had read to me) this statement, consisting of _____ pages (including this page). I state that my answers are true and correct to the best of my knowledge and that this statement is a full, true and correct record of my interrogation on the date indicated by the above named officer of the Department of Homeland Security. I have initialed each page of this statement (and the corrections noted on page(s) _____ ).

Signature: _____

Sworn and subscribed to before me at _____
on _____ .

_____
Signature of Immigration Officer

Witnessed by: _____