# EXHIBIT A

**Record of Sworn Statement in Proceedings<br>under Section 235(b)(1) of the Act**

U.S. Department of Homeland Security

Office: _____    File No: _____

Statement by: _____

In the case of: _____

Date of Birth: _____    Gender (circle one):  Male   Female

At: _____    Date: _____

Before: _____
(Name and Title)

In the _____ language.  Interpreter _____ Employed by _____

I am an officer of the United States Department of Homeland Security.  I am authorized to administer the immigration laws and to take sworn statements.  I want to take your sworn statement regarding your application for admission to the United States.

You do not appear to be admissible or to have the required legal papers authorizing your admission to the United States. This may result in your being denied admission and immediately returned to your home country without a hearing.  If a decision is made to refuse your admission into the United States, you may be immediately removed from this country, and if so, you may be barred from reentry for a period of 5 years or longer.

This may be your only opportunity to present information to me and the Department of Homeland Security to make a decision.  It is very important that you tell me the truth.  If you lie or give misinformation, you may be subject to criminal or civil penalties, or barred from receiving immigration benefits or relief now or in the future.

Until a decision is reached in your case, you will remain in the custody of the Department of Homeland Security.

Any statement you make may be used against you in this or any subsequent administrative proceeding.

Page 1 of _____    I-867A  (02/11/2025)