# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5320** **September Term, 2025**

**1:25-cv-00190-JMC**

**Filed On:** March 9, 2026

Make The Road New York, et al.,

Appellees

v.

Kristi Noem, Secretary of the U.S. Department of Homeland Security, in her official capacity, et al.,

Appellants

**BEFORE:** Wilkins, Rao, and Walker, Circuit Judges

**O R D E R**

Upon consideration of appellants' renewed emergency motion for a stay pending appeal, the opposition thereto, and the reply, it is

**ORDERED** that appellants' renewed motion for a stay pending appeal be denied. On November 22, 2025, a special panel granted in part and denied in part the initial motion for a stay pending appeal. The panel majority explained its decision in a thorough opinion, from which Judge Rao dissented. *See Make the Rd. N.Y. v. Noem*, No. 25-5320, 2025 WL 3563313 (D.C. Cir. Nov. 22, 2025). Appellants did not seek panel rehearing, "the ordinary means of reconsidering a panel decision" or rehearing en banc. Fed. R. App. P. 40(a); *see* D.C. Cir. R. 40. Nor have appellants "demonstrated that circumstances have changed" or provided any other appropriate reason for revisiting the special panel's decision. Order, *U.S. Inst. of Peace v. Jackson*, No. 25-5185 (D.C. Cir. Nov. 26, 2025) (per curiam) (citing *Consol. Edison Co. of N.Y., Inc. v. Fed. Power Comm'n*, 511 F.2d 372, 378 (D.C. Cir. 1974)).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk