# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5320** **September Term, 2025**

FILED ON: JUNE 23, 2026

MAKE THE ROAD NEW YORK, ET AL.,
APPELLEES

v.

MARKWAYNE MULLIN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, IN HIS OFFICIAL CAPACITY, ET AL.,
APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00190)

Before: WILKINS, RAO and WALKER, *Circuit Judges*

**J U D G M E N T**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the District Court's § 705 stay be vacated, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Daniel J. Reidy
Deputy Clerk

Date: June 23, 2026

Opinion for the court filed by Circuit Judge Walker, in which Circuit Judge Wilkins joins as to Parts I, II and IV, and in which Circuit Judge Rao joins as to Parts I-III, IV.B, and V.
Opinion concurring in the judgment filed by Circuit Judge Rao, in which Circuit Judge Walker joins as to Part II.A.
Opinion concurring in part and dissenting in part filed by Circuit Judge Wilkins.