# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5320**                          **September Term, 2025**

**1:25-cv-00190-JMC**

**Filed On: June 23, 2026** [2179965]

Make The Road New York, et al.,

      Appellees

     v.

Markwayne Mullin, Secretary of the U.S.
Department of Homeland Security, in his
official capacity, et al.,

      Appellants

# O R D E R

It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Daniel J. Reidy
      Deputy Clerk