# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5320**

**September Term, 2025**

**1:25-cv-00190-JMC**

**Filed On:** July 31, 2026

Make The Road New York, et al.,

      Appellees

    v.

Markwayne Mullin, Secretary of the U.S.
Department of Homeland Security, in his
official capacity, et al.,

      Appellants

## O R D E R

Upon consideration of appellee's petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the en banc court, a reply to the response will not be accepted for filing.

          **FOR THE COURT:**
          Clifton B. Cislak, Clerk

    BY:   /s/
          Ellie F. Kemper
          Deputy Clerk